IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02213–CMA–KMT

KEITH CLAYTON BROOKS, JR.,

      Plaintiff,

v.

ANGEL MEDINA, individually and in his official capacity as Warden, CDOC,
DAVID GABRIEL, individually and in his official capacity as Captain, CDOC,
MATHILL-AARON, individually and in her official capacity as Sergeant, CDOC
SHIFT COMMANDER 1, whose true name is unknown, individually and in their official
capacity,
JULIE JOFFE, individually and in his official capacity as Sergeant, CDOC,
JACKSON, individually and in his official capacity as Lieutenant, CDOC,
JAMES GILLIS, individually and in his official capacity as Lieutenant, CDOC,
SHIFT COMMANDER 2, whose true name is unknown, individually and in their official
capacity,
SHIFT COMMANDER 3, whose true name is unknown, individually and in their official
capacity, and
AMY CONSNER, individually and in his official capacity as Legal Assistant, CDOC,

      Defendants.

---

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by
District Judge Christine M. Arguello, pursuant to the Order of Reference dated November 21,
2013.  *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **September
18, 2014,** at **10:15 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S.
Courthouse, 1929 Stout Street, Denver, Colorado.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and
D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature

and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 21st day of August, 2014.

**BY THE COURT:**

_____

Kathleen M. Tafoya
United States Magistrate Judge